# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

BRUCE BREITWEISER, ET AL., )
)
            Plaintiffs, )
vs. ) NO. CIV-15-1239-HE
)
CHESAPEAKE ENERGY CORP., ET AL., )
)
           Defendants. )

## ORDER

Vincent P. Circelli, Esq., Kelli L. Walter, Esq., George Parker Young, Esq., and Circelli, Walter & Young, PLLC's unopposed motion for leave to withdraw as counsel for plaintiffs [Doc. #69] is **GRANTED**, effective upon the filing of an entry of appearance by other counsel authorized to practice in this court. Plaintiff is also directed to comply with LCvR83.3.

**IT IS SO ORDERED**.

Dated this 11th day of December, 2015.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE